STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
Steven.Abbott@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 900
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant PetSmart, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRIE VAN SOLINGE,<br><br>Plaintiff,<br><br>vs.<br><br>PETSMART, LLC, a Foreign Limited-Liability Company; BLACK AND WHITE COMPANIES I-X, inclusive; and ABC CORPORATIONS I-X, inclusive; and DOES I-X, inclusive;<br><br>Defendants. | Case No. 3:26-cv-00299-CLB<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Plaintiff CARRIE VAN SOLINGE and Defendant PETSMART, LLC ("Defendant"), (collectively the Parties"), by and through their respective counsel of record, as follows:

1. That the case shall be dismissed with prejudice, with the Parties to bear their own individual costs and attorneys' fees.
2. That the **trial** and all associated dates shall be **VACATED.**

**AFFIRMATION**

**(NRS 239B.030)**

The undersigned counsel do hereby affirm that the preceding document does not contain any personal information.

**IT IS SO STIPULATED AND AGREED.**

**SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:**

| | |
|---|---|
| DATED this 29 day of October, 2026. | DATED this 28th day of October, 2026. |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | BRADLEY, DRENDEL & JEANNEY |
| STEVEN B. ABBOTT, ESQ.<br>Nevada Bar No. 10303<br>6385 S. Rainbow Boulevard, Suite 900<br>Las Vegas, Nevada 89118<br>Tel. 702.893.3383<br>*Attorneys for Defendant PETSMART* | SARAH M. QUIGLEY, ESQ.<br>Nevada Bar No. 11518<br>P.O. BOX 1987<br>Reno, Nevada 89505<br>*Attorneys for Plaintiff CARRIE VAN SOLINGE* |

## ORDER FOR DISMISSAL WITH PREJUDICE

Based on the foregoing stipulation and good cause appearing:

Upon Stipulation of the Parties by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the case be dismissed, with prejudice, with the Parties to bear their own individual costs and attorneys' fees; and it is further

**ORDERED, ADJUDGED AND DECREED** that the **trial** and all associated dates shall be **VACATED**.

**IT IS SO ORDERED.**

Dated this 30th day of October, 2026.

**ORDER**

U.S. Magistrate Judge

Respectfully Submitted By:

STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*